JEFFREY S. MUTNICK, OSB #721784  Hon. Michael H. Simon
jmutnick@mutnicklaw.com
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, Oregon 97205
503-595-1033 (Telephone)
503-224-9430 (Facsimile)
  *Of Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MELISSA COURY, Personal Representative of the Estate of RAYMOND COURY,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; et al.,<br><br>  Defendants. | Case No. 3:17-cv-01240-SI<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT – GENERAL ELECTRIC COMPANY** |

Plaintiff, by and through its counsel Jeffrey S. Mutnick, hereby notifies the Court that it has resolved this case with Defendant GENERAL ELECTRIC COMPANY as to all disputed issues between the parties.

DATED: June 10, 2019.

                                    LAW OFFICE OF JEFFREY S. MUTNICK

                                    By _____
                                       Jeffrey S. Mutnick, OSB #721784
                                       jmutnick@mutnicklaw.com
                                       Telephone: 503-595-1033
                                       Trial Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I served the foregoing **Plaintiff's Notice of Settlement – General Electric Company,** on the following individuals via e-mail as follows:

| | |
|---|---|
| *E-Mail: bwhite@bwhitelaw.com*<br>Bruce M. White<br>White & Associates<br>Attorneys at Law<br>1500 SW First Avenue, Suite 985<br>Portland, OR 97201<br><br>*Of Attorneys for Mar-Dustrial Sales, Inc.* | *E-Mail: Katherine.steele@bullivant.com*<br>*E-Mail: Megan.cook@bullivant.com*<br>*E-Mail: asbestos@bullivant.com*<br>Katherine Steele<br>Megan Cook<br>Bullivant Houser Bailey, PC<br>Attorneys at Law<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1397<br><br>*Of Attorneys for CH Murphy/Clark-Ullman, Inc.* |
| *Email: cmarks@tktrial.com*<br>*Email: efraser@tktrial.com*<br>*Email: mtiegen@tktrial.com*<br>*Email: seattle.asbestos@tktrial.com*<br>Christopher S. Marks<br>Erin P. Fraser<br>TANENBAUM KEALE LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br><br>*Of Attorneys for CBS, General Electric and Foster Wheeler* | *E-Mail: aeraut@rizzopc.com*<br>*E-Mail: smorgan@rizzopc.com*<br>*E-Mail: asbestos@rizzopc.com*<br>Allen E. Eraut<br>Shaun M. Morgan<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Warren Pumps* |

LAW OFFICES OF JEFFREY S. MUTNICK

_____
Brian Yarne
*Paralegal to*
Jeffrey S. Mutnick, OSB #721784
    Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE