JEFFREY S. MUTNICK, OSB #721784　　　　　　　　　　　　　Hon. Michael H. Simon
jmutnick@mutnicklaw.com
Law Office of Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, Oregon 97205
503-595-1033 (Telephone)
503-224-9430 (Facsimile)
　　*Of Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MELISSA COURY, Personal Representative of the Estate of RAYMOND COURY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBS CORPORATION f/k/a VIACOM, INC., a Delaware corporation, sued as successor by merger with CBS Corporation f/k/a Westinghouse Electric Corporation, successor-in-interest to BF STURTEVANT; et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-01240-SI<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT - CBS CORPORATION** |

　　Plaintiff, by and through its counsel Jeffrey S. Mutnick, hereby notifies the Court that it has resolved this case with Defendant CBS Corporation as to all disputed issues between the parties.

　　DATED: June 10, 2019.

　　　　　　　　　　　　　　　LAW OFFICE OF JEFFREY S. MUTNICK

　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　Jeffrey S. Mutnick, OSB #721784
　　　　　　　　　　　　　　　　jmutnick@mutnicklaw.com
　　　　　　　　　　　　　　　　Telephone: 503-595-1033
　　　　　　　　　　　　　　　　Trial Attorneys for Plaintiff

Page 1 – PLAINTIFF'S NOTICE OF SETTLEMENT - CBS CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I served the foregoing **Plaintiff's Notice of Settlement – CBS Corporation,** on the following individuals via e-mail as follows:

| | |
|---|---|
| E-Mail: bwhite@bwhitelaw.com<br>Bruce M. White<br>White & Associates<br>Attorneys at Law<br>1500 SW First Avenue, Suite 985<br>Portland, OR 97201<br><br>*Of Attorneys for Mar-Dustrial Sales, Inc.* | E-Mail: Katherine.steele@bullivant.com<br>E-Mail: Megan.cook@bullivant.com<br>E-Mail: asbestos@bullivant.com<br>Katherine Steele<br>Megan Cook<br>Bullivant Houser Bailey, PC<br>Attorneys at Law<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1397<br><br>*Of Attorneys for CH Murphy/Clark-Ullman, Inc.* |
| Email: cmarks@tktrial.com<br>Email: efraser@tktrial.com<br>Email: mtiegen@tktrial.com<br>Email: seattle.asbestos@tktrial.com<br>Christopher S. Marks<br>Erin P. Fraser<br>TANENBAUM KEALE LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br><br>*Of Attorneys for CBS, General Electric and Foster Wheeler* | E-Mail: aeraut@rizzopc.com<br>E-Mail: smorgan@rizzopc.com<br>E-Mail: asbestos@rizzopc.com<br>Allen E. Eraut<br>Shaun M. Morgan<br>Rizzo Mattingly & Bosworth PC<br>Attorneys at Law<br>1300 SW Sixth Ave, Suite 330<br>Portland, OR 97201<br><br>*Of Attorneys for Warren Pumps* |

LAW OFFICES OF JEFFREY S. MUTNICK

*/s/ B. Yarne*

Brian Yarne
*Paralegal to*
Jeffrey S. Mutnick, OSB #721784
   Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE