# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District Court of Oregon**

U.S. District Court case number: **3:17-CV-1240-SI**

Date case was first filed in U.S. District Court: **08/09/2017**

Date of judgment or order you are appealing: **07/17/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Foster Wheeler LLC

Is this a cross-appeal? ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

One Convention Place,

701 Pike Street, Suite 1575

City: Seattle   State: WA   Zip Code: 98101

Prisoner Inmate or A Number (if applicable):

Signature: s/Christopher S. Marks   Date: Aug 15, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                  Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Foster Wheeler LLC

Name(s) of counsel (if any):
Christopher S. Marks, Tanenbaum Keale LLP

Address: One Convention Place, 701 Pike Street, Suite 1575, Seattle, WA 98101
Telephone number(s): (206) 889-5150
Email(s): cmarks@tktrial.com; seattle.asbestos@tktrial.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Melissa Coury

Name(s) of counsel (if any):
Jeffrey S. Mutnick, Law Office of Jeffrey S. Mutnick

Address: 737 SW Vista Avenue, Portland, OR 97205
Telephone number(s): (503) 595-1033
Email(s): jmutnick@mutnicklaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Melissa Coury

Name(s) of counsel (if any):
Elizabeth Schwartz

Address: 6312 SW Capitol Hwy, #175, Portland, OR 97239

Telephone number(s): (503) 452-5368

Email(s): schwartz.libby@gmail.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                New 12/01/2018